# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

No. 00-3531

_____

Chad Lynn Williams; Linda Williams,     *
                                       *

        Plaintiffs-Appellees,     *        Appeal from the United States
                                         *        District Court for the
                                         *        Western District of Arkansas
        v.                             *
                                         *

Dover Elevator Company; National     *        [UNPUBLISHED]
Elevator Inspection Services, Inc.,     *
                                         *

        Defendants-Appellees,     *
                                         *

Hartford Insurance Company,     *
                                         *

        Appellant.                    *

Submitted:   May 17, 2001

Filed:   September 12, 2001
_____

Before BOWMAN and BEAM, Circuit Judges, and KYLE, District Judge.[1]
_____

PER CURIAM.

_____

    [1]     The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, sitting by designation.

This is an appeal from an order of the District Court[2] denying Appellant's Motion to Intervene. The District Court held that the motion, which was filed ten days before trial, was untimely and would unduly prejudice the parties if granted. In addition to the imminent trial date, the Court also noted that Appellant had been given notice of the pendency of the matter several months prior to its motion. As framed by the Appellant, the only issue for review is whether the District Court abused its discretion in denying the Motion to Intervene. We have reviewed the proceedings below and conclude that it did not. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

   ATTEST:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

   [2] The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.